**FILED**
CLERK, U.S. DISTRICT COURT

Sept 24, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC _____ DEPUTY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Michael K. Brown (SBN 104252)
   mkbrown@reedsmith.com
2  Lisa M. Baird (SBN 179958)
   lbaird@reedsmith.com
3  Mildred Segura (SBN 210850)
   msegura@reedsmith.com
4  Michelle Cheng (SBN 239711)
   mcheng@reedsmith.com
5  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
6  Los Angeles, CA  90071

7  Telephone:  213.457.8000
   Facsimile:  213.457.8080
8

9  Attorneys for Defendants
   Medtronic, Inc., Medtronic Sofamor
   Danek USA, Inc., and Medtronic
10 Vertelink, Inc.

JS-6

11        UNITED STATES DISTRICT COURT

12        CENTRAL DISTRICT OF CALIFORNIA

13 GARY DUNLAP, an individual;            | Case No.: 2:14-cv-04890-SVW-FFM

14            Plaintiff,                   | [PROPOSED] ORDER GRANTING
                                           | STIPULATION OF DISMISSAL
15 vs.
                                           | Complaint Filed:  June 23, 2014
16 MEDTRONIC, INC., a Minnesota
   corporation; MEDTRONIC SOFAMOR         | Honorable Stephen V. Wilson
17 DANEK, USA, INC.; MEDTRONIC
   VERTELINK, INC.; and DOES 1 -50,
18 inclusive,

19            Defendants.

20
21
22
23
24
25
26
27
28

US_ACTIVE-119779041

Based on the Stipulation of Dismissal that has been filed in the above-captioned matter, IT IS HEREBY ORDERED that Plaintiff Gary Dunlap's Complaint is hereby dismissed without prejudice with each party to bear its own costs.

Dated: September 24, 2015

Hon. Stephen V. Wilson
U.S. District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -